IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM A. HIMCHAK, III,<br>    Petitioner,<br>    v.<br>MICHAEL ZAKEN, SUPERINTENDENT,<br>S.C.I. GREENE, *et al.*,<br>    Respondents | :<br>:<br>: Case No. 2:22-cv-907-KAP<br>:<br>:<br>: |

<u>Memorandum Order</u>

Petitioner's three most recent motions for a video status conference, ECF no. 24, ECF no. 22, and ECF no. 26, are denied.

My recommendation that the petition for habeas corpus be dismissed and the objections thereto have been pending since July. Petitioner's Petition for Review is still pending in the Commonwealth Court at 1466 CD 2021; as the attached docket sheet indicates, his brief was due yesterday. There is no point to a video status conference. Petitioner's discussion in his motion that he wants this court to order various people to pay him damages adds nothing to the motion. Damages are not a remedy in a habeas corpus action, and the events mentioned by petitioner do not even appear to have taken place in this district.

DATE: September 8, 2022

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

    William Himchak NF-6354
    S.C.I. Greene
    169 Progress Drive
    Waynesburg, PA 15370